## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

GAERELL AND RICHARD
SHEPHERD,

    Plaintiffs,

vs.

CAPITAL ONE BANK (USA) N.A.,

   Defendant.

**Case No.: 3:18-cv-03141-M**

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

   Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Gaerell and Richard Shepherd and Defendant Capital One Bank (USA) N.A., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Capital One Bank (USA) N.A. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

   Respectfully submitted this 27th day of August 2019.

| By: */s/ David A. Chami* | By: */s/ Daniel JT McKenna* |
|---|---|
| David A. Chami, AZ #027585 | Daniel JT McKenna, PA #93930 |
| Admitted *pro hac vice* | Admitted *pro hac vice* |
| PRICE LAW GROUP, APC. | BALLARD SPAHR LLP |
| 8245 N. 85th Way | 1735 Markey Street, 51st Floor |
| Scottsdale, AZ. 85258 | Philadelphia, PA 19103 |
| T: 818-600-5564 | T: (215)864-8321 |
| E: david@pricelawgroup.com | E: mckennad@ballardspahr.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| Gaerell and Richard Shepherd | Capital One Bank (USA), N.A. |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 27, 2019, the foregoing document has been filed with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties in this case, through their attorneys of record.

*/s/ Sylvia Esparza*